# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Vestal Bullock Thomas
Vs.
United States of America

Case Number: 74-253
Judge: JLG.

**FILED**
**MAY 30 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

I have worked one job for 30 years (I.B.C.). Other than this, I have no other record. Now I would like to retire and get another job. I have applied for two jobs and because of my past, I have been turned down. I'm submitting this motion to expunge my record so that I might go on with my furture plans. Thanking you in advance for your consideration in this matter.

_Vestal Bullock Thomas_
Vestal Bullock Thomas

### CERTIFICATE OF SERVICE

I, Vestal Thomas have mailed a copy of this motion to:

U.S. Attorney: 501 3rd ST., N.W., 4th Floor, Wash. D.C. 20001

Date: May 30, 2006