CRIMINAL DOCKET     GREEN, J.

## United States District Court for the District of Columbia

CASE CLOSED

| PARTIES | ATTORNEYS | CRIMINAL NO. |
|---|---|---|
| UNITED STATES<br>VS.<br>VESTAL B. THOMAS<br>PDID: —   DOB: | U. S. ATTORNEY Drury<br><br>Frank Masino A/C<br><br>Nathan Paulson A/C (App) | 74- 253<br>74-494 M (CR)<br>CHARGE:<br>18 USC 1709;1708;(Embezzle-<br>ment of Letters by Postal Serv<br>Employee;Theft of Mail Matter;<br>Poss.of Stolen Mail Matter) |

DATE FILED: 4-2-74    BOND: -PR w/conds<br>
-1643 Ft.Davis Pl. SE

| DATE | PROCEEDINGS |
|---|---|
| 1974 May 9 | INDICTMENT FILED (15 Counts) |
| May 17 | MOTION of Government to revoke or amend the conditions of release. C/S |
| May 20 | ORDER authorizing transcript of hearing held on 4-16-74 before U. S. Magistrate Dwyer.    GREEN,J.    #120691 |
| 1974 May 21 | CASE called for arraignment: Copy of indictment handed defendant in open Court. Arringment, plea not guilty entered. (Counsel 10 days to file any motions to be filed on or before 6-1-74. Calendar Call set for 10:00 A.M. (Before Judge June L. Green) 6-4-74. Personal Recognizance.    SMITH, J.    Rep. Copeland. |
| 1974 June 4 | CALENDAR CALL: Trial set for 6-28-74 at 10 A.M.;bond.<br>GREEN,J    Rep-E.O.Wells    T.F.Masino,Atty |
| 1974 Jun 28 | TRIAL set this date continued by Judge Robinson. (Not reported) |
| 1974 Jul 2 | CALENDAR CALL: Trial reset for 7/31/74 at 10 A.M.;bond.<br>GREEN,J    Rep=E.O.Wells    F.Masino,Atty |

# CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. VESTAL B. THOMAS    Cr. No. 74- 253    Supplemental Page No. 1

| DATE | PROCEEDINGS |
|---|---|
| 1974 Jul 31 | JURY and 2 alternates sworn; Respited until August 1, 1974 at 10:00 A.M.   Bond.   GREEN, J.   Rep. E.O. Wells   T. Massino-Atty. |
| Aug 1 | TRIAL resumes; same jury and alternates. Government's motion to dismiss counts 1, 4, 7, 10 and 13; granted. Alternates discharged; Jury begins deliberation; respited until 8-2-74 at 9:30 A.M. Re-Typed Indictment. Notes (3) from Jury.   GREEN, J.   Rep. E. O. Wells   Frank Massino, Atty. |
| Aug 2 | JURY resumes deliberation; VERDICT: GUILTY on counts 2,3,5,7 and 9; NOT GUILTY on count 1. Counts 4,6,8 and 10 not considered; Jury polled and discharged. Referred and bond. Note (1) from jury. Written verdict. GREEN, J.   Rep. E. O. Wells   Frank Masino, Atty. |
| Oct. 1 | SENTENCE: Eighteen (18) months to Five (5) years on each of Counts 2, 3, 5, 7 and 9 (18 USC 1708, 1709); said sentence by the counts to run concurrently. Ten (10) days to file appeal. Defendant committed - Commitment issued.   F. Masino-Atty.   E. O. Wells-Rep.   GREEN, J. |
| Oct 22 | JUDGMENT and COMMITMENT of 10-1-74.   GREEN, J. |
| Oct. 2 | NOTICE of Appeal from sentence of 10-1-74. |
| Oct. 2 | COPY of Notice of Appeal to U.S.C.A., U.S. Attorney, Attorney and Defendant.   Copy of docket entries to U.S.C.A. and U. S. Attorney. |
| Oct. 4 | MOTION for release pending appeal. |
| Oct. 7 | ORDER authorizing transcript, including pre-trial voir dire of witness and closing arguments and instructions of 7-21-74 and 8-1-74. Rep. E. O. Wells   #122790   GREEN, J. |
| Oct 16 | CERTIFIED copy of ORDER U.S.C.A. APPOINTING Nathan Paulson as counsel on appeal and directing Clerk of District Court to transmit the record as promptly after the filing of transcript as business of office permits. |

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

United States vs. VESTAL B. THOMAS      Cr. No. 74-253     Supplemental Page No. 2

| DATE | PROCEEDINGS |
|---|---|
| 1974 Oct 16 | HEARING on bond pending appeal - DENIED - (OTBP) Remanded. Frank Masino-Atty.    E. O. Wells-Rep.                      GREEN, J. |
| Oct 18 | ORDER denying defendants motion for release pending appeal. (N)  GREEN, J. |
| Nov 6 | TRANSCRIPT of PROCEEDINGS of July 31, August 1 & 2, 1974; Pages 1-338    Elaine O. Wells-Rep. |
| Nov 7 | RECORD on Appeal delivered to U.S.C.A., Receipt acknowledged. (#74-1955) |
| Apr 2 | ORDER amending Judgment and commitment of 10/1/74. (N)  GREEN, J. |
| June 3 | CERTIFIED copy of Judgment U.S.C.A. dated 5-12-75 Affirming Judgment of the District Court. Memorandum attached.    GREEN, J. |
| July 2 | TRANSMITTAL letter from U.S.C.A. returning original record with one volume of reporter's transcript. |