UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 11 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VESTAL BULLOCK THOMAS,<br><br>Petitioner. | Cr. No. 74-253 (TFH) |

### ORDER

It is hereby **ORDERED** that within thirty (30) days of the date of this Order the government shall file a response to Vestal Bullock Thomas's Motion to Expunge Criminal Record, which was filed on May 30, 2006. Mr. Thomas shall then file his reply no later than 30 days after the date on which the government files its response.

**SO ORDERED.**

July 10, 2006

Thomas F. Hogan
Chief Judge

Copy to:

Special Proceedings Section
Criminal Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Vestal Bullock Thomas
7419 Calder Drive
Capitol Heights, Maryland 20743