UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
        v.                     )        Crim. No. 74-253(TFH)
                               )
VESTAL B. THOMAS,              )
        Defendant.             )

O R D E R

Upon consideration of defendant's motion to expunge criminal record, and the government's opposition to defendant's motion, and it appearing that the defendant is not entitled to the relief sought,

It is hereby ORDERED that the defendant's motion to expunge criminal record is hereby DENIED.

_____
THOMAS F. HOGAN
CHIEF JUDGE

DATE:

Copies to:

Carolyn K. Kolben, Bar No. 391-156
Assistant United States Attorney
Room 10-441
555 4th Street N.W.
Washington, D.C. 20530
202-514-7280

Vestal B. Thomas
7419 Calder Drive
Capitol Heights, MD 20743